# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   PAULINE DANNA, | ) | |
| | ) | |
|          Plaintiff, | ) | |
| v. | ) | CIV-18-552-HE |
| | ) | |
| 1.   HUDIBURG CHEVROLET, LLC, | ) | |
|       and | ) | |
| 2.   HUDIBURG AUTO GROUP, INC., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
|          Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Pauline Danna, hereby stipulates with the Defendants, Hudiburg Chevrolet, LLC and Hudiburg Auto Group, Inc., that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 3rd DAY OF JANUARY, 2019.**

s/*Shannon C. Haupt*
Jana B. Leonard, OBA # 17844
Shannon C. Haupt, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Tele: 405-239-3800  Fax: 405-239-3801
leonardjb@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

1

s/ Jason L. Callaway
(Signed with permission)
J. Christopher Davis, OBA #16639
Kari A. Deckard, OBA #30735
Jason L. Callaway, OBA #31958
JOHNSON & JONES, P.C.
Two Warren Place
6120 South Yale, Suite 500
Tulsa, Oklahoma 74136
Tele: 918-584-6644  Fax: 888-789-0940
cdavis@johnson-jones.com
kdeckard@johnson-jones.com
jcallaway@johnson-jones.com
*Counsel for Defendants*
